United States District Court
District of Connecticut
FILED AT      NEW HAVEN

................5|18..................20 06
Kevin F. Rowe, Clerk

By......M. Ruocco
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

vs        :        **Criminal No:**

Hatem Salem        :        3:00cr73(JBA)

## APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE
## PURSUANT TO THE PROVISIONS OF
## THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his/her financial inability to employ

counsel and has expressed the desire that counsel be provided by the Court to represent him/her,

pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The Office of the Federal Public Defender is appointed to represent the defendant and has

been notified of this appointment.

The Court has appointed_____Thomas Belsky_____from the Federal

Public Defender's Office to represent the defendant. Counsel is directed to file an appearance on

or before_ May 25, 2006 ___.

Dated at New Haven, Connecticut, this     18th day of May 2006

_____
Janet Bond Arterton, U.S.D.J.