LO FORM 245D

# UNITED STATES DISTRICT COURT    FILED

District of                CONNECTICUT

2006 JUN -1  A 9: 13

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation) U.S. ____ ____URT |
| | ____ ____ |

| HATEM SALEM | |

| | Case Number: | 3:00CR00073(JBA) |
| | USM Number: | 41722-054 |

Thomas P. Belsky
Defendant's Attorney

## THE DEFENDANT:

■ admitted guilt to violation of condition(s) __Standard Condition #1__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of a Federal Crime | May 15, 2003 |

The defendant is sentenced as provided in pages 1 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____ -

Defendant's Date of Birth: _____

Defendant's Residence Address:

_____

_____

_____

Defendant's Mailing Address:

_____

_____

_____

_____

__05/18/06__
Date of Imposition of Judgment

Signature of Judge

__The Honorable Janet Bond Arterton, U.S. District Judge__
Name and Title of Judge

_6 June 2006_
Date

Judgment — Page  2  of  2

DEFENDANT:    HATEM SALEM
CASE NUMBER:    3:00CR00073(JBA)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    eighteen (18) months, consecutive to current term of imprisonment.

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m.  ☐ p.m.   on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____

                                UNITED STATES MARSHAL

By _____

                            DEPUTY UNITED STATES MARSHAL