PROB 19
(Rev. 1/82)

# United States District Court

for

**DISTRICT OF CONNECTICUT**

U.S.A. vs HATEM SALEM                                      Docket No. 0205-3:00CR00073-001

TO:     any United States Marshal

| **WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE** ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. ||||
| NAME OF SUBJECT<br>HATEM SALEM | SEX<br>Male | RACE<br>White | AGE<br>35 |
| ADDRESS (STREET, CITY, STATE)<br>Metropolitan Detention Center, 80 29th Street, Brooklyn, New York 11232 (718/840-4200) ||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>Southern District of New York ||| DATE IMPOSED<br>12/06/99 |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. District Court, District of Connecticut, New Haven, Connecticut ||||
| CLERK<br>Kevin Rowe | (BY) DEPUTY CLERK<br>C. Warren || DATE<br>11/1/04 |
| **RETURN** ||||
| Warrant received and executed | DATE RECEIVED<br>11/4/04 || DATE EXECUTED<br>11/4/04 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. Marshals Service<br>Manhattan, NY ||||
| NAME<br>Deputy U.S. Marshal | (BY)<br>Thomas D. Hannon || DATE<br>11/4/2004 |